Submitted January 31, affirmed March 14, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KENDALL KIRK PAULING,
*Defendant-Appellant.*

Multnomah County Circuit Court
090632515; A145513

273 P3d 369

Peter Gartlan, Chief Defender, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and David B. Thompson, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *State v. Leino*, 248 Or App 121, 273 P3d 228 (2012).